```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 15242
    MARILYN DIANE NOEL
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-0698


--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/20/06 and confirmed on 02/02/07.

    2.  The case was dismissed after confirmation, 08/24/2007.

    3.  The Debtor paid a total of $  10735.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------
NOVA STAR MORTGAGE         CURRENT MORTG     10251.05         .00       10251.05
NOVA STAR MORTGAGE         MORTGAGE ARRE         .00          .00           .00
BELL AUTO LEASING INC      SECURED           2900.00          .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED          927.62          .00           .00
PREMIER BANKCARD/CHARTER   UNSECURED          350.17          .00           .00
HARRIS BANK JOLIET         UNSECURED         NOT FILED        .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED          417.67          .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED          351.08          .00           .00
        Summary of disbursements:
--------------------------------------------------------------------------
                   SECURED      PRIORITY   UNSECURED      OTHER         TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED 13151.05         .00     2046.54         .00       15197.59
PRINCIPAL PAID     10251.05         .00         .00         .00       10251.05
INTEREST PAID           .00         .00         .00         .00            .00
TOTAL PAID         10251.05         .00         .00         .00       10251.05
The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $   3000.00
and was paid $   2200.00  direct and $        .00 through the plan.

The Trustee received $    483.95 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 11/15/07                    /S/
                                  GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 06 B 15242 MARILYN DIANE NOEL